IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA

| | | |
|---|---|---|
| In re: | : | BANKRUPTCY CASE |
| | : | |
| THEODORE REX GIDDENS | : | No. 98-11627 jdw |
| NANCY KARMEN GIDDENS | : | |
| | : | CHAPTER 7 |
| Debtor(s) | : | |

**TRUSTEE'S NOTICE OF PAYMENT INTO COURT**

COMES NOW WALTER W. KELLEY, Trustee of the above estate, and hereby shows the following:

-1-

Pursuant to and in accordance with §347(a) of Title 11, Unites States Code (the "Bankruptcy Code"), I hereby give notice that I am paying into the Court the unpaid final dividend check(s) identified in Paragraph 2 in the sum of $1,831.78.

-2-

Pursuant to and in accordance with Rule 3011 of the Federal Rules of Bankruptcy Produce, the last known name and address of each entity whose final dividend check has not been presented for payment within ninety (90) days of issuance or returned to the Trustee, the number of such check, and the amount that such entity is entitled to be paid from the remaining property of the estate that is being paid into the Court as follows:

| **Name and Last Known Address** | **Check No.** | **Amount** |
|---|---|---|
| Macey's Credit Services<br>4605 Duke Drive<br>Macon, OH   45040 | 1010 | $ 127.72 |
| Providian Payment Process Center<br>4940 Johnson Drive<br>Pleasanton, CA   94588 | 1011 | $1,704.06 |

The Trustee has been unable to locate correct addresses for these creditors.

WHEREFORE, the Trustee respectfully requests that this report be approved.

/s/ Walter W. Kelley
WALTER W. KELLEY
Chapter 7 Trustee
P.O. Box 70879
Albany, Georgia   31708
(229) 888-9128

## CERTIFICATE OF SERVICE

I certify that I have furnished a true copy of the within and foregoing to Elizabeth A. Hardy, Assistant U. S. Trustee, by either the court's electronic filing system or at Ustp.region21.mc.ecf@usdoj.gov  this 20th  day of February 2009.

/s/ Walter W. Kelley
WALTER W. KELLEY
Chapter 7 Trustee