**SO ORDERED.**

**SIGNED this 14 day of April, 2010.**



*James D. Walker, Jr.*

JAMES D. WALKER, JR.
UNITED STATES BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF THE STATE OF GEORGIA

| | |
|---|---|
| IN RE: | ) Case No. 98-11627 |
| | ) |
| Theodore Rex Giddens and Nancy Karmen Giddens, | )    (Chapter 7) |

DEBTOR

### ORDER DIRECTING PAYMENT
### OF FUNDS TO CREDITOR/CLAIMANT

On the application of Ford Motor Credit Co., (the "Claimant") a claimant in the captioned case for an order directing payment of funds held in the registry of the Court, the Court finds that the Claimant has noticed the United States Attorney as required by 28 U.S.C. § 2041 et. seq. and directs that all funds held in the registry of the court or paid in pursuant to 11 U.S.C. § 347 for the benefit of and waiting the request of the Claimant (in the approximate amount of $842.66) be paid to it in care of American Property Locators, Inc., Attn: Greg Griffith, 3855 South Boulevard, Suite 200, Edmond, OK 73013.

###

Submitted by:

Greg Griffith
American Property Locators, Inc.
Attorney-in-fact
3855 S. Boulevard
Edmond, OK 73013
(405) 340-4900